# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD H. HAMBY,<br><br>                     Plaintiff,<br>  vs.<br><br>MACDOWELL & ASSOCIATES and T.A. MACDOWELL; FORD MOTOR COMPANY,<br><br>                    Defendants. | CASE NO. 10 CV 0224 MMA (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 21] |

      On August 2, 2010, Plaintiff Chad H. Hamby and Defendant MacDowell & Associates and T.A. MacDowell ("Defendant") submitted a Joint Motion requesting the Court dismiss the above-captioned action with prejudice. [Doc. No. 21.][1] Having considered the parties' Joint Motion, and good cause appearing therefore, the Court hereby **GRANTS** the Joint Motion. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's action against Defendant is **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby instructed to terminate the case file.

      **IT IS SO ORDERED.**

DATED: August 2, 2010

                                                */s/ Michael M. Anello*
                                          Hon. Michael M. Anello
                                          United States District Judge

---

[1] Defendant Ford Motor Company was previously dismissed without prejudice. [Doc. No. 16.]